# United States District Court

WESTERN DISTRICT TEXAS

FILED
JUL 28 1997
U.S. MAGISTRATE JUDGE
(CLERICAL ASST.)

UNITED STATES OF AMERICA
v.
Jaime HUERECA
~~[redacted]~~
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 97-1637M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 27, 1997__ in __El Paso__ county, in the __Western__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully escaped from the custody of the Bureau of Prisons where he was committed at the direction of the Attorney General pursuant to a judgment and commitment order of the United States District Court for the Northern District of Alabama.

in violation of Title __18__ United States Code, Section(s) __751(a)__.

I further state that I am a(n) __Deputy U. S. Marshal__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHED

Continued on the attached sheet and made a park hereof:    **X** Yes    __ No

_____
Signature of Complainant
Fernando Karl

Sworn to before me and subscribed in my presence,

__July 28, 1997__    at    __El Paso, Texas__
Date                              City and State

__RICHARD P. MESA, U.S. Magistrate Judge__    _____
Name & Title of Judicial Officer                Signature of Judicial Officer

Jaime HUERECA

Information was received from J.E. SLADE, Officer at the Federal Prison Camp, La Tuna, Anthony, Texas that Jaime HUERECA was missing from the institution on July 27, 1997 during a special 5:40 AM count. Defendant was found to be missing and the defendant was officially declared an escaped federal prisoner at approximately 5:50 AM by SLADE. It was determined after a complete search of the institution and the surrounding area that the Defendant was no longer at the institution. The Defendant did not receive authorization or permission to leave FPC La Tuna, Anthony, Texas.

The Defendant had been committed to the custody of the Bureau of Prisons at the Direction of the Attorney General on November 20, 1996 for a period of 71 months after a conviction for Conspiracy to Possess with intent to distribute cocaine in violation of Title 21 Section 846. The Defendant was convicted in cause number CR 96-B-186-NE from the Northern District of Alabama.