FILED
August 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | Case No: EP:25-CR-02064-LS |
| Plaintiff, | § | **I N D I C T M E N T** |
| v. | § § | Count One: 18 U.S.C. § 751(a) - Escape |
| JAIME HUERECA, | § § | |
| Defendant. | § § | |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about July 27, 1997, in the Western District of Texas, the Defendant,

**JAIME HUERECA,**

did knowingly and intentionally escape from custody at the La Tuna Federal Correctional Institution located at Anthony, Texas, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Western District of Texas, upon conviction in Cause Number CR 96-B-186-NE from the Northern District of Alabama for Conspiracy to Possess with Intent to Distribute Cocaine in violation of Title 21 United States Code Section 846, all in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

█████████████████████
FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney